# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Kimberly Hendrix Norton, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:20-cv-00134-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew M. Saul, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 28, 2021 Order.

April 28, 2021

Frank G. Johns, Clerk
United States District Court